*MICHAEL I. MACKLOWITZ, ESQ.*
*Attorney At law*
*299 Broadway, Suite 1405*
*New York, New York 10007*
*Tel: 212-227-6655   Fax: 212-732-6972*
*E-Mail: law299rico@aol.com*

June 19, 2008

**BY REGULAR MAIL AND ECF**

Hon. Katharine S. Hayden
United States District Judge
United States District Court
District of New Jersey
USPO & Courthouse Building
Room 311
P.O. Box 999
Newark, New Jersey 07101-0999

Re: United States v. Michael Young
Information Number 07 CR 00248

Dear Judge Hayden:

Along with Gino Josh Singer, Esq., I represent Michael Young in the above referenced case. Mr. Young is presently scheduled to appear for sentence on July 21, 2008. This letter is written to request an adjournment of sentence to August 6 or 7, 2008. Assistant United States attorney Andrew D. Kogan and United States probation officer Donald L. Martenz, Jr. have been advised of this request, and neither opposes same.

This application is made due to the fact that Mr. Singer will be on vacation during the last two weeks of July, and will not be available on July 21, 2008.

Accordingly, it is respectfully requested that the within application be granted, and that Mr. Young's sentence be adjourned to August 6 or 7, 2008.

Very truly yours,
/s/
Michael L. Macklowitz

MLM/cf
cc: Andrew D. Kogan, Esq.
    Donald L. Martenz, Jr.

*Handwritten annotation:* ✱ Request Granted. Sentencing shall take place on 8/6/08 at 10:00 a.m. SO ORDERED 6/23/08 /s/ Katharine S. Hayden