UNITED STATES DISTRICT COURT
DISTRICT OF NEW YORK
_____X

UNITED STATES OF AMERICA,

- against -

MICHAEL YOUNG,

         Defendant.

_____X

**ORDER**

Information Number
07 CR 248 (KSH)

UPON the application of Gino Josh Singer and Michael L. Macklowitz, attorneys for MICHAEL YOUNG, and there being no opposition from the government, through and by assistant United States attorney, Andrew D. Kogan, and after argument and due deliberation being had thereon,

IT IS HEREBY ORDERED, that the Pre-Trial Services Agency immediately return to the defendant, MICHAEL YOUNG, his passport, which passport had been deposited with said agency as a condition of the defendant's release.

Dated: New Jersey
    August 6, 2008

So Ordered:

KATHARINE S. HAYDEN
United States District Judge
District of New Jersey